## ADAMS & COMMISSIONG LLP

### ATTORNEYS AT LAW

65 BROADWAY SUITE 715　　　　　　　　　　　　　　　　　　　　　MARTIN E. ADAMS
NEW YORK, NY 10006　　　　　　　　　　　　　　　　　　　　　　KARLOFF C. COMMISSIONG
TEL: 212-430-6590　　　　　　　　　　　　　　　　　　　ADMITTED TO PRACTICE IN NEW YORK
FAX: 212-981-3305　　　　　　　　　　　　　　　　　　　　　　　　　WWW.AMCMLAW.COM

August 14, 2012

**VIA PERSONAL DELIVERY**

Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

SO ORDERED:
/s/ George B. Daniels
U.S.D.J.
Dated: AUG 15 2012

Re: <u>United States v. Richard Rosario</u>, 12 Cr. 373 (GBD) - Request for Adjournment of
　　Submission of Motion Papers on Behalf of Defendant

Dear Judge Daniels:

Defendant's omnibus motion in the above referenced matter, is due Wednesday, August 15, 2012. We respectfully request an additional 30 days to submit the motion. Our office is working toward a resolution of this matter with the government. We have discussed the matter with AUSA Ryan Poscablo. His office has consented to the extension of time. The defense consents to an exclusion of time from the Speedy Trial calculations.

If the Court has any questions or concerns, please contact me at (212) 430-6590.

Regards,

/s/ Karloff C. Commissiong

Karloff C. Commissiong, Esq.