# Foy & Foy L.L.C.

### Attorneys at Law

| | |
|---|---|
| 105 Main Street<br>Hackensack, New Jersey 07601<br>P: 201-457-0071<br>F: 201-457-0072<br><br>Jason E. Foy  Jason@foyandfoy.com | 110 Wall Street<br>11th Floor<br>New York, New York 10005<br>P: 212-709-8230<br><br>Karla Y. Foy  Karla@foyandfoy.com |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 28 2013

January 24, 2013

**SO ORDERED**
The conference is adjourned to
March 27, 2013 at 10:00 a.m.
*George B. Daniels*

<u>VIA FACSIMILE ONLY 212-805-6737</u>

Honorable Judge George B. Daniels
United States Courthouse
Courtroom 11A
50 Pearl Street
New York, NY 10007-1312

      Re:    <u>USA v. Richard Rosario</u>
              Indictment No.: 12 Cr. 373 (GBD)

Dear Judge Daniels:

I am assigned to represent Richard Rosario on the above referenced matter. I respectfully request an adjournment of our presently scheduled January 29, 2013 status conference. I have made no other adjournment requests in this matter. The government has consented to this request. I consent to the exclusion of time pursuant to the Speedy Trial Act on the grounds that the adjournment is necessary for the continued review of discovery and exploration of a possible disposition.

Should this adjournment be granted, a thirty (30) to sixty (60) day adjournment would be acceptable. Thank you for your thoughtful consideration.

Sincerely,
FOY & FOY, L.L.C.

By: _____
      JASON E. FOY

cc:    AUSA Ryan Poscablo, via PDF
       Richard Rosario