

# FOY & SEPLOWITZ LLC
attorneys at law

105 MAIN STREET
HACKENSACK, NJ 07601
TEL: 201-457-0071
FAX: 201-457-0072

WWW.FOYSEPLOWITZ.COM

30 WALL STREET
8TH FLOOR
NEW YORK, NY 10005
TEL: 212-709-8230

May 13, 2020

FILED VIA ECF

Honorable George B. Daniels
US District Court-SDNY
500 Pearl Street
NY, NY 10007

SO ORDERED:

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.
Dated: MAY 14 2020

Re: *US v. Richard Rosario*
Dkt. # 12 cr 373 (GBD)
**Request for Reappointment for Pending VOSR**

Dear Judge Daniels:

On May 1, 2020, I was contacted by Probation Officer Robert Walsh of the United States Probation Department for the SDNY in connection with the filed Violation of Supervised Release (VOSR) against Mr. Richard Rosario. I am requesting that the court reappoint me to the pending VOSR pursuant to the Criminal Justice Act (CJA). I was previously appointed thru the CJA to handle the underlying federal conviction under docket #12 cr 373 and I was also appointed to handle Mr. Rosario's prior VOSR. Should the Court agree to reappoint me as counsel thru the CJA, I am requesting that the appointment commence non pro tunc to May 1, 2020.

Should you have any questions or concerns, you may contact me in my NJ office or via email. Thank you for your thoughtful consideration.

Sincerely,

**FOY & SEPLOWITZ LLC**

*Jason E. Foy*

**JASON E. FOY**
jfoy@foyseplowitz.com