UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA,

        -against-

RICHARD ROSARIO,

                               Defendant.
------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 6 2020

ORDER

12 Crim. 373 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's request to file certain medical records under seal, (ECF No. 42), is GRANTED.

Dated: New York, New York
       July 6, 2020

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge